**FILED**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

MAY 0 3 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:22CR00060 MTS/ACL |
| Plaintiff, ) | |
| v. ) | Criminal No. |
| ) | |
| Christopher Scott Pritchard ) | |
| ) | 18 U.S.C. § 247(a)(2) |
| Defendant. ) | 18 U.S.C. § 844(h) |

## INDICTMENT

**COUNT I**

THE GRAND JURY CHARGES THAT:

On or about April 18, 2021, in Cape Girardeau County, within the Southeastern Division of the Eastern District of Missouri, **CHRISTOPHER SCOTT PRITCHARD,** the defendant herein, intentionally obstructed and attempted to obstruct, by force and threat of force, parishioners of the Church of Jesus Christ of Latter-day Saints in Cape Girardeau, Missouri, in the enjoyment of their free exercise of religious beliefs. This offense was in and affected interstate and foreign commerce, and the offense included the use, attempted use and threatened use of fire. All in violation of Title 18, United States Code, Section 247(a)(2).

## COUNT II

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 18, 2021, in Cape Girardeau County, within the Southeastern Division of the Eastern District of Missouri, **CHRISTOPHER SCOTT PRITCHARD**, the defendant herein, knowingly used fire to commit a violation of 18 U.S.C. § 247(a)(2), as set forth in Count One of this Indictment, a felony prosecutable in a court of the United States, in violation of Title 18, United States Code, Section 844(h).

A TRUE BILL.

_____
FOREPERSON

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

_____       _____
SHAN PATEL                                                  NOAH COAKLEY
TRIAL ATTORNEY                                        TRIAL ATTORNEY